**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 17-7658

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NASSER KAMAL ALQUZA,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:11-cr-00373-FDW-DSC-10)

Submitted: May 17, 2018                    Decided: May 18, 2018

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nasser Kamal Alquza, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasser Kamal Alquza seeks to appeal the district court's order dismissing his motion seeking collateral review of the order of forfeiture entered following his conviction for cigarette trafficking and conspiracy to commit money laundering. On appeal, Alquza reasserts his argument that the forfeiture order is invalid pursuant to *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).[*] The district court correctly noted that Alquza's collateral attack on the final forfeiture order was untimely and, in any event, that *Honeycutt* addressed only forfeiture under 21 U.S.C. § 853(a)(1) (2012)— which provides for joint and several liability for coconspirators in certain drug crimes— and not forfeiture of property "involved in" money laundering under 18 U.S.C. § 982(a)(1) (2012), the basis on which the district court ordered forfeiture. *See Honeycutt*, 137 S. Ct. at 1632-35. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We decline to address Alquza's request to amend his presentence report, which he raised for the first time on appeal.